# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 3:22cr15/MCR

ARRON BLAKE SANDERS

_____/

## ACCEPTANCE OF PLEA OF GUILTY

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there have been no timely objections, the plea of guilty of the Defendant, **ARRON BLAKE SANDERS,** to Count One of the Indictment is hereby **ACCEPTED**.   All parties shall appear before this Court for sentencing as directed.

**DONE AND ORDERED** this 23rd day of May 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**